

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:96-cr-60005 |
| VERSUS | JUDGE RICHARD T. HAIK |
| WILLIAM HOWARD PENN JR. | MAGISTRATE JUDGE METHVIN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULING

Before the Court is a Motion for Downward Departure/Request for Evidentiary Hearing Pursuant to 18 U.S.C. 3553(e) and U.S.S.G. 5K1.1, 5k2.0 or Rule 35, filed by Defendant, William Howard Penn, Jr. [Doc. 243]. After considering the memoranda filed concerning this Motion, the Court DENIES the Motion.

THUS DONE AND SIGNED on the 29th day of August, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA